denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORGAN LUMBER COMPANY, INC., and Others, v. MORRIS WEISS, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

IDA FISCHER v. ARTHUR FISCHER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

DAVID A. CALHOUN v. S. MORRILL BANNER and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of KALISCHER YOUNG MEN'S BENEVOLENT SOCIETY for a Peremptory Order of Mandamus Compelling or Requiring EDWARD J. FLYNN, Secretary of State, to File the Amended Certificate of Incorporation of Said Corporation.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT LIVINGSTON BEECKMAN and Others, as Trustees, etc., of SAMUEL THOMAS, Deceased. ROBERT F. WAGNER, as Special Guardian of SAMUEL F. THOMAS and LUCY COTTON THOMAS, ROBERT LIVINGSTON BEECKMAN, Individually and as Trustee, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

LOUIS PIZITZ DRY GOODS COMPANY v. NEW YORK HAMILTON CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, ·P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of MORRIS DURST, an Attorney.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THE CITY ISLAND LAND AND DOCK COMPANY and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THE CITY ISLAND LAND AND DOCK COMPANY and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of WILLIAM A. SCHACHT, an Attorney.— Motion denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, Individually and as Trustee under a Certain Deed of Trust, etc., v. MARYON McCARTER, Individually and as Ancillary Guardian of ANN COOPER HEWITT, and Others, and COOPER UNION FOR THE ADVANCEMENT OF SCIENCE AND ART and Others.— Motion denied. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

In the Matter of the Application of WILLIAM E. HANNA to Compel Attendance of Certain Witnesses before Him as Commissioner for the Purpose of Giving Testimony by Depositions, etc., against WILLIAM THIELE and Others.— Motion granted. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JULIA HEALY.— Motion granted. Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.

ROBERT GOELET and Another, as Surviving Trustees, etc., and ROBERT GOELET, Individually, v. HENRY GOLDSTEIN and Others.— Motion granted Present — Dowling, P. J., Merrell, McAvoy, O'Malley and Sherman, JJ.